# Third District Court of Appeal

## State of Florida

Opinion filed April 30, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1191
Lower Tribunal No. 24-95814-CC-20
_____

**Betty Walker,**
Appellant,

vs.

**Fredy Velastegui,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Gordon Murray, Judge.

Legal Services of Greater Miami, and Yesenia Arocha and Jeffrey M. Hearne, for appellant.

The AJM Law Group, P.A., and Alix J. Montes, for appellee.

Before FERNANDEZ, SCALES and GOODEN, JJ.

PER CURIAM.

Affirmed.  <u>See</u> § 83.60(2), Fla. Stat. (2024) ("In an action by the landlord for possession of a dwelling unit, if the tenant interposes any defense other than payment, including, but not limited to, the defense of a defective 3-day notice, the tenant shall pay into the registry of the court the accrued rent as alleged in the complaint or as determined by the court and the rent that accrues during the pendency of the proceeding, when due . . . . Failure of the tenant to pay the rent into the registry of the court or to file a motion to determine the amount of rent to be paid into the registry within 5 days, excluding Saturdays, Sundays, and legal holidays, after the date of service of process constitutes an absolute waiver of the tenant's defenses other than payment, and the landlord is entitled to an immediate default judgment for removal of the tenant with a writ of possession to issue without further notice or hearing thereon.").